# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00348-CV

**In re Eddie Hooks**

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a). Relator's motion for stay of order pending mandamus review is also denied.

Gisela D. Triana, Justice

Before Chief Justice Byrne, Justices Goodwin and Triana

Filed: June 14, 2022